UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GERARDO CIAPARA,

    Plaintiff,

v.                                                           Case No. 6:22-cv-929-RBD-LHP

NEWLINE W P SERVICES, INC.;
and ARTEMIO RAMIREZ,

    Defendants.
_____

**ORDER**

In this Fair Labor Standards Act case, Plaintiff moved for default judgment. (Doc. 23 ("Motion").) On referral, U.S. Magistrate Judge Leslie Hoffman Price entered a Report and Recommendation that the Court should grant the Motion in large part—refining only the amount of the judgment. (Doc. 24 ("R&R").) The parties did not object, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     The R&R (Doc. 24) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2.     The Motion (Doc. 23) is **GRANTED IN PART AND DENIED**

  **IN PART**:

  a. The Motion is **GRANTED** in that the Clerk is **DIRECTED** to enter a default judgment in favor of Plaintiff Gerardo Ciapara and against Defendants Newline W P Services, Inc. and Artemio Ramirez in the total amount of $18,857.96, allocated as follows:

    i. $2,090.48 in wages on the unpaid overtime claim (Count I);

    ii. $2,090.48 in liquidated damages on the unpaid overtime claim;

    iii. $2,880.00 in wages on the retaliation claim (Count II);

    iv. $2,880.00 in liquidated damages on the retaliation claim;

    v. $8,360.00 in attorney's fees; and

    vi. $557.00 in costs.

  b. In all other respects, the Motion is **DENIED**.

 3. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 14, 2023.



ROY B. DALTON, JR.
United States District Judge